

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2018

No. 04-18-00812-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

Naomi **MARKHAM**, Carrie Markham, And Trevor Markham, Individually and as The Administrator of The Estate of Joslyn Markham, Deceased,,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-01166
Honorable Martha Tanner, Judge Presiding

## O R D E R

The reporter's record was due November 8, 2018. On November 2, 2018, court reporter, Debra Jimenez, filed a notification of late record, stating the portion of the reporter's record for which she is responsible has not been filed because appellant has not paid or made arrangements to pay her fee to prepare the record and appellant is not entitled to the record without paying the fee. Thereafter, on November 9, 2018, Ms. Jimenez filed the portion of the reporter's record for which she is responsible. Accordingly, the notification of late record filed by Ms. Jimenez is DENIED AS MOOT.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court